## UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

FILED
2008 MAY -1 PM 2:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1390 Santa Alicia Avenue, #10208
Chula Vista, CA 91913

**SEARCH WARRANT**

CASE NUMBER: **08 MJ 1353**

TO: __Mark Kolenda__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Mark Kolenda__ who has reason to believe that ___ on the person of or _XX_ on the premises known as (name, description and/or location)

    1390 Alicia Avenue, #10208, Chula Vista, CA., 91913, further described as a multi building apartment complex consisting of over 10 buildings. Building #10 is further described as a three story white and brown stucco building located in the southwest area of the complex with the number 10 affixed to the building. Apartment #10208 is located on the second floor of the southeast corner of building #10 with the #10208 affixed to the wall adjacent the door to the apartment.

in the _____SOUTHERN_____ District of _____CALIFORNIA_____ there is now concealed a certain person or property, namely (describe the person or property)

    See ATTACHMENT A

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __10 days from date judge signs__
                                                           Date  5-9-08

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Nita L Stormes__ as required by law.
            U.S. Judge or Magistrate

__4-29-08 @ 5:00 PM__ at __San Diego CA__
Date and Time Issued                    City and State

**NITA L. STORMES**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer        Signature of Judicial Officer

AO 93 (Rev. 5/85)   Search Warrant

| **RETURN** |||
|---|---|---|
| DATE WARRANT RECEIVED 4/29/08 | DATE AND TIME WARRANT EXECUTED 4/30/08 6:05am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Nancy Martinez |
| INVENTORY MADE IN THE PRESENCE OF Nancy Martinez |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br>2007 Tax Return, Documents pertaining to 2008 Mercedes-Benz purchase, Cox Communications bill, Jerome's furniture purchase invoice, insurance invoices, Camden Sierra at Otay Ranch leasing documents, IPhone charger, Washington Mutual bank statements, World Famous Senor Frogs, Washington Mutual checks, Nissan statement, credit reports, copy of check to Sunrise, Unique cp, DVD, tickets |||

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*     5-1-08
U.S. Judge or Magistrate        Date